IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN PADILLA,

    Plaintiff,                        Case No: 07-cv-0368-PKL

    v.

THE UNITED STATES OF AMERICA,

    Defendants.
_____/

## MOTION FOR MORE DEFINITIVE STATEMENT

Comes now the United States of America and moves for a more definitive statement pursuant to Fed. R. Civ. P. 12(e). This motion is supported by the United States' Memorandum in Support of a Motion for More Definitive Statement filed herewith.

Dated: August 7, 2007.

                                              Respectfully submitted,

                                              PETER D. KEISLER
                                              Assistant Attorney General

                                              MICHAEL J. GARCIA
                                              United States Attorney

                                              /s/Sharon K. Shutler
                                              SHARON K. SHUTLER

VA 31499
Email: sharon.shutler@usdoj.gov
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
Post Office Box 14271
Washington, DC  20044-4271
Telephone:    (202) 616-4016
Facsimile:    (202) 616-4159

Attorney for Defendant
United States of America

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 7, 2007, the foregoing document was filed with the Clerk of Court and served in accordance with the Federal Rules of Civil Procedure, by Electronic Service, on all counsel or parties of record listed below:

Mitchel S. Sternbach
100 Merrick Road
Rockville Centre, New York 11570
(516) 764-7200


Dennis O'Bryan
O'Bryan Law Center
401 S. Old Woodward
Suite 230
Birmingham, MI 48009
(248) 258-6262
gbaun@obryanlaw.net


        /s/ Sharon K. Shutler
        SHARON K. SHUTLER