UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN PADILLA,

    Plaintiff,

-vs-                                Case No:  1:07-cv-03638-PKL

UNITED STATES,

    Defendant.
_____/

## NOTICE OF APPEARANCE

Please enter my appearance as Local Counsel for Plaintiff relative to the above referenced cause of action.

                                                  ROBERTA E. ASHKIN (#115461515)
                                                  Local Counsel
                                                  580 Broadway, Ste. 1101
                                                  New York, NY 10012
                                                  212-965-0010
                                                  212-965-1301 - fax
                                                  robertaashkin@aol.com

Dated:    August 27, 2007

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on the 29 day of August, 2007 a copy of the foregoing was forwarded via first class mail with postage fully prepaid thereon to:

Sharon Kelberg Shutler
United States Department of Justice
P.O. Box 14271
Washington, DC 22004