UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN PADILLA,

    Plaintiff,

-vs-                                      Case No: 1:07-cv-03638-PKL

UNITED STATES,

    Defendant.
_____/

## NOTICE OF APPEARANCE

Please enter the appearance of Dennis M. O'Bryan, O'Bryan Baun Cohen Kuebler, as attorney for Plaintiff in the above entitled cause.

                                                O'BRYAN BAUN COHEN KUEBLER

                                                /s/ Dennis M. O'Bryan

                                                _____
                                                DENNIS M. O'BRYAN (P30545)
                                                Attorney for Plaintiff
                                                401 S. Old Woodward, Ste. 320
                                                Birmingham, MI 48009
                                                (248) 258-6262
                                                (248) 258-6047
                                                dob@obryanlaw.net

DATED:  September 5, 2007

CERTIFICATE OF SERVICE

      The undersigned does hereby certify that on the 5th day of September, 2007 the foregoing was filed using the Court's ECF Filing System and will be served on all parties using the Court's ECF system.

      /s/ Dennis M. O'Bryan

      _____