UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN PADILLA,

      Plaintiff,

-vs-                                                Case No: 1:07-cv-03638-PKL

MAERSK LINE, LTD., and/or
UNITED STATES,

      Defendant.
_____/

**<u>NOTICE OF VOLUNTARY DISMISSAL OF THE UNITED STATES , ONLY</u>**

      NOW COMES Plaintiff and hereby dismisses this action against the United States, only, pursuant to Rule 41(a)(1)(i).

                                    O'BRYAN BAUN COHEN KUEBLER

                                      /s/ Dennis M. O'Bryan

                                      _____
                                      DENNIS M. O'BRYAN (P30545)
                                      Attorney for Plaintiff
                                      401 S. Old Woodward, Ste. 320
                                      Birmingham, MI 48009
                                      (248) 258-6262
                                      (248) 258-6047
                                      <u>dob@obryanlaw.net</u>

DATED:   September 19, 2007

CERTIFICATE OF SERVICE

      The undersigned does hereby certify that on the 10th day of September, 2007 the foregoing was filed using the Court's ECF Filing System and will be served on all parties using the Court's ECF system.

      /s/ Dennis M. O'Bryan

      _____