UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED  10/3/07
```

JOHN PADILLA,

      Plaintiff,

-vs-                                    Case No: 1:07-cv-03638-PKL

MAERSK LINE, LTD., and/or
UNITED STATES,

      Defendant.
_____/

### NOTICE OF VOLUNTARY DISMISSAL OF THE UNITED STATES , ONLY

_____NOW COMES Plaintiff and hereby dismisses this action against the United States, only, pursuant to Rule 41(a)(1)(i).

                                            O'BRYAN BAUN COHEN KUEBLER

                                            /s/ Dennis M. O'Bryan
                                            _____

                                            DENNIS M. O'BRYAN (P30545)
                                            Attorney for Plaintiff
                                            401 S. Old Woodward, Ste. 320
                                            Birmingham, MI 48009
                                            (248) 258-6262
                                            (248) 258-6047
                                            dob@obryanlaw.net

DATED:   September 19, 2007

```
Defendant United States motion for More Definite Statement
filed on 8/7/07 is hereby MOOT.
```

```
SO ORDERED
[signature]
USDJ  10/3/07
```