FREEHILL HOGAN & MAHAR, LLP
Attorneys for Defendant
MAERSK LINE LIMITED
80 Pine Street
New York, New York 10005
(212) 425-1900

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

JOHN PADILLA,                                              Case No.: 1:07-cv-03638-PKL

             Plaintiff,

     - against -                                         ***RULE 7.1 STATEMENT***

MAERSK LINE, LTD. and/or
UNITED STATES,

             Defendant.
-------------------------------------------------------x

Defendant MAERSK LINE LIMITED, by and through its attorneys, Freehill, Hogan & Mahar, LLP, hereby certifies that defendant is not publicly owned corporations, nor do any publicly held corporations own 10% or more of its stock.

Dated:     New York, New York
             November 1, 2007

                                         Respectfully submitted,

                                         FREEHILL HOGAN & MAHAR, LLP
                                         Attorneys for Defendant
                                         MAERSK LINE LIMITED

                              By: _____
                                         John J. Walsh
                                         80 Pine Street
                                         New York, New York 10005
                                         (212) 425-1900

NYDOCS1/293010.1