STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

I, MICHELLE GANNALO, being sworn, say; I am not a party to the action, am over 18 years of age and work at 80 Pine Street, New York, New York 10005. On November 1, 2007, I served the within **ANSWER TO THE AMENDED COMPLAINT** upon:

Mitchell Sternbach, Esq.
100 Merrick Road
Rockville Center, NY 11570
516-764-7200

Dennis M. O'Bryan
O'Bryan Baun Cohen Kuebler
401 South Old Woodward, Suite 320
Birmingham, MI 48009
248-258-6262

Roberta E. Askin
580 Broadway, Suite 1101
New York, NY 10012
212-965-0010

via regular mail by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U. S. Postal Service within New York State.

_____
MICHELLE GANNALO

Sworn to before me on this
1ST day of November, 2007.

_____
NOTARY PUBLIC

JOAN SORRENTINO
Notary Public, State of New York
No. 01SO6067227
Qualified in New York County
Commission Expires December 3, 2009

NYDOCS1/268269.1