*Leisure, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12.21.07
```

JOHN PADILLA,

      Plaintiff,

-vs-                                                Case No: 1:07-cv-03638-PKL

UNITED STATES,

      Defendant.

_____/

## ORDER AMENDING CAPTION

IT IS HEREBY ORDERED that the caption be amended to name Maersk Line, Ltd. only as a Defendant and the United States of America be deleted as a Defendant.

Dated: 12/20/07

                                                                          _____
                                                                          United States District Judge