UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN PADILLA,

    Plaintiff,

-vs-                                      Case No:   1:07-cv-03638-PKL

MAERSK LINE, LTD. and/or
UNITED STATES,

    Defendants.
_____/

ROBERTA E. ASHKIN (#115461515)
Local Counsel
580 Broadway, Ste. 1101
New York, NY 10012
212-965-0010
212-965-1301 - fax
robertaashkin@aol.com
_____/



## MOTION TO ADMIT COUNSEL PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, Roberta E. Ashkin, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

    Howard M. Cohen
    O'Bryan Baun Cohen Kuebler
    401 S. Old Woodward, Ste. 450
    Birmingham, MI 48009
    (248) 258-6262
    (248) 258-6047 - fax

Howard M. Cohen is a member in good standing of the Bar of the State of Michigan.

There are no pending disciplinary proceedings against Howard M. Cohen.

ROBERTA E. ASHKIN (#115461515)
Local Counsel
580 Broadway, Ste. 1101
New York, NY 10012
212-965-0010
212-965-1301 - fax
robertaashkin@aol.com

Dated:   January 3, 2008

### CERTIFICATE OF SERVICE

The undersigned does hereby certify that on the ___ day of _____, 2008 a copy of the foregoing was forwarded via first class mail with postage fully prepaid thereon to:

John J. Walsh
Freehill Hogan & Mahar
80 Pine St.
New York, NY 10005

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN PADILLA,

    Plaintiff,

-vs-                                              Case No: 1:07-cv-03638-PKL

MAERSK LINE, LTD., and/or
UNITED STATES,

    Defendants.
_____/

STATE OF NEW YORK    )
                                 )SS
COUNTY OF                )

## AFFIDAVIT OF ROBERTA E. ASHKIN
## IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

Roberta E. Ashkin, being duly sworn, deposes and says as follows:

1.    I am counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Howard M. Cohen as counsel pro hac vice to represent Plaintiff in this matter.

2.    I am a member in good standing of the bar of the State of New York and was admitted to practice law in 1979. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.    I have known Howard M. Cohen since 2007.

4.    Howard M. Cohen is associated with the firm of O'Bryan Baun Cohen Kuebler in

1

Birmingham, Michigan.

5. I have found Howard M. Cohen to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6. Accordingly, I am pleased to move the admission of Howard M. Cohen, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Howard M. Cohen, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Howard M. Cohen, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Respectfully submitted,

Roberta E. Ashkin
SDNY Bar Code: 115461515

Subscribed and sworn to before me
this ___ day of _____, 2007.

SCOTT A. BUBMAN
Notary Public, State of New York
No. 4318174
Qualified in New York County
Commission Expires May 31, 20__

2

# THE SUPREME COURT of the STATE OF MICHIGAN

I, Corbin R. Davis, Clerk of the Michigan Supreme Court and Custodian of the Roll of Attorneys admitted to the practice of law in this state, do hereby certify that, as appears from the records,

*Howard Michael Cohen*

was admitted to the practice of law in the courts of the State of Michigan on

*May 18, 1988*

and has remained in good standing since then.

In Testimony Whereof, I set my hand and
affix the seal of the Michigan Supreme
Court on this date: December 11, 2007

_____
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN PADILLA,

      Plaintiff,

-vs-                                            Case No:  1:07-cv-03638-PKL

MAERSK LINE, LTD. and/or
UNITED STATES,

      Defendants.
_____/

## ORDER FOR ADMISSION PRO HAC VICE
## ON WRITTEN MOTION

Upon the motion of Robert E. Ashkin, attorney for Plaintiff and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

        Howard M. Cohen
        O'Bryan Baun Cohen Kuebler
        401 S. Old Woodward, Ste. 320
        Birmingham, MI 48009
        (248) 258-6262
        (248) 258-6057 fax
        hcohen@obryanlaw.net

is admitted to practice pro hac vice as counsel for Plaintiff in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall

1

immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated:

_____<br>United States District Judge