512-07/JTN
FREEHILL HOGAN & MAHAR LLP
Attorneys for Defendant MAERSK LINE LIMITED
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

John J. Walsh (JW 9349)
Justin T. Nastro (JN 2776)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JOHN PADILLA,<br><br>                Plaintiff,<br><br>v.<br><br>MAERSK LINE LIMITED,<br><br>                Defendant. | 07 CV 3639 (PKL)<br><br>**ENTRY OF APPEARANCE** |

---

SIRS:

       Please enter the appearance of the undersigned as co-counsel on behalf Defendant, Maersk Line Limited to receive ECF notices in this matter. I certify that I am admitted to practice in this Court.

Dated: New York, New York
       January 29, 2008

                                      FREEHILL HOGAN & MAHAR, LLP
                                      Attorneys for Defendant
                                      MAERSK LINE LIMITED

                              By: _____
                                    Justin T. Nastro (JN 2776)
                                      80 Pine Street
                                      New York, NY 10005
                                      (212) 425-1900 / (212) 425-1901 fax

NYDOCS1/298097.1