UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN PADILLA,

    Plaintiff,

-vs-                                          Case No:   1:07-cv-03638-PKL

UNITED STATES,

    Defendant.
_____/

**<u>ORDER</u>**

    IT IS HEREBY ORDERED that Plaintiff's Motion to Compel Payment of Overtime Re: Unearned Wages Is GRANTED, and Defendant has 30 days to answer Plaintiff's Interrogatory dated January 7, 2008, for the period of the contract under which Plaintiff was serving at the time that he left the vessel unfit for duty.

                                                  _____
                                                  United States District Judge