UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN PADILLA,

    Plaintiff,

-vs-                                    Case No: 1:07-cv-03638-PKL

MAERSK LINE, LTD.,

    Defendant.
_____/

STATE OF NEW JERSEY  )
                            )SS
COUNTY OF              )

### AFFIDAVIT OF JOHN PADILLA

John Padilla, being duly sworn, deposes and says as follows:

1. Attached hereto is the 2006 Standard Freightship Agreement governing my employment with Maersk Line, Ltd. as a chief cook.

2. On a weekly basis, I was scheduled to perform three hours overtime on Monday through Friday.

3. On Saturday's and Sunday's, I would perform 11 hours overtime on each day, as I would on holidays.

4. My overtime rate from July 1, 2006 and July 1, 2007 was $21.06 an hour.

                                                          _John Angel Padilla_
                                                          John Padilla

Subscribed and sworn to before me this
25 day of Feb, 2008.

_Fabio A Gomez_
Notary Public

FABIO A. GOMEZ
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 08/07/2011

                                                          1

EXHIBIT 2

# 2006
# STANDARD FREIGHTSHIP AGREEMENT

between

## SEAFARERS INTERNATIONAL UNION
*Atlantic, Gulf, Lakes and Inland Waters District/NMU, AFL-CIO*

and

## Contracted Companies



**June 16, 2006 – June 30, 2011**

Overtime Rates shall be paid for all work performed by the Unlicensed Personnel on any of the ten (10) Holidays described in this Agreement at sea or in port.

Any day that is a recognized Holiday for the longshoremen in Continental U.S. ports shall also be a recognized Holiday for the crew while in that particular port.

When a vessel is in Puerto Rico, the following three (3) days, which are recognized as Holidays for longshoremen in Puerto Rico ports, shall also be recognized as Holidays for the Unlicensed Personnel while the vessel is in Puerto Rico.

1. Good Friday
2. July 17th (Munoz Rivera)
3. July 25th (Constitution Day)

### SECTION 21. OVERTIME RATES AND PENALTY RATES.

(a) OVERTIME RATES

| **Deck Department** | Effect. 7/1/06 | Effect. 7/1/07 | Effect. 7/1/08 | Effect. 7/1/09 | Effect. 7/1/10 |
|---|---|---|---|---|---|
| Boatswain | 25.37 | 26.13 | 26.91 | 27.99 | 29.11 |
| Carpenter | 21.04 | 21.67 | 22.32 | 23.22 | 24.15 |
| Carpenter Maintenance | 19.31 | 19.89 | 20.48 | 21.30 | 22.16 |
| A.B. Maintenance | 19.31 | 19.89 | 20.48 | 21.30 | 22.16 |
| Quartermaster | 18.88 | 19.45 | 20.03 | 20.83 | 21.66 |
| Able Seaman (Green) | 18.31 | 18.86 | 19.42 | 20.20 | 21.01 |
| Able Seaman (Blue) | 15.93 | 16.41 | 16.90 | 17.58 | 18.28 |
| O.S. Maintenance | 13.54 | 13.94 | 14.36 | 14.93 | 15.53 |
| Ordinary Seaman | 13.54 | 13.94 | 14.36 | 14.93 | 15.53 |

| **Engine Department** | Effect. 7/1/06 | Effect. 7/1/07 | Effect. 7/1/08 | Effect. 7/1/09 | Effect. 7/1/10 |
|---|---|---|---|---|---|
| Q.M.E.D./Electrician | 26.98 | 27.79 | 28.62 | 29.77 | 30.96 |
| QMED/Electrician Relief | 24.74 | 25.48 | 26.24 | 27.29 | 28.38 |
| Chief Electrician | 26.98 | 27.79 | 28.62 | 29.77 | 30.96 |
| Crane Mtct./Electrician | 25.98 | 26.76 | 27.56 | 28.66 | 29.81 |
| Electrician Reef Mtce. | 25.98 | 26.76 | 27.56 | 28.66 | 29.81 |
| Second Electrician | 24.37 | 25.10 | 25.85 | 26.89 | 27.96 |
| Engine Maint./Electr. Relief | 24.37 | 25.10 | 25.85 | 26.89 | 27.96 |
| Engine Maintenance | 24.37 | 25.10 | 25.85 | 26.89 | 27.96 |
| Eng. Util. Reefer Mtce. | 24.37 | 25.10 | 25.85 | 26.89 | 27.96 |
| Refrigeration Engineer (when one is carried) | 24.37 | 25.10 | 25.85 | 26.89 | 27.96 |
| Refrigeration Engineer (when three is carried) | | | | | |
| Chief | 22.33 | 23.00 | 23.69 | 24.64 | 25.62 |
| First Assistant | 21.33 | 21.97 | 22.63 | 23.53 | 24.47 |
| Second Assistant | 20.70 | 21.32 | 21.96 | 22.83 | 23.75 |
| Q.M.E.D. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Class 1 | 25.37 | 26.13 | 26.91 | 27.99 | 29.11 |
| Class 2 | 22.87 | 23.55 | 24.26 | 25.23 | 26.24 |

## ARTICLE V

## STEWARD DEPARTMENT

**SECTION 1. WAGES.** The monthly rate of pay for the Unlicensed Personnel in the Steward Department, when the respective ratings are carried, shall be as follows:

**WAGES**

| Steward Department | Effect. 7/1/06 | Effect. 7/1/07 | Effect. 7/1/08 | Effect. 7/1/09 | Effect. 7/1/10 |
|---|---|---|---|---|---|
| Chief Steward | 3881.96 | 3998.42 | 4118.37 | 4283.10 | 4454.43 |
| Steward/Cook | 3881.96 | 3998.42 | 4118.37 | 4283.10 | 4454.43 |
| Steward/Baker | 3881.96 | 3998.42 | 4118.37 | 4283.10 | 4454.43 |
| Chief Cook | 3051.76 | 3143.31 | 3237.61 | 3367.11 | 3501.80 |
| Cook & Baker | 2974.28 | 3063.51 | 3155.41 | 3281.63 | 3412.89 |
| Second Cook | 2614.02 | 2692.44 | 2773.21 | 2884.14 | 2999.50 |
| Third Cook | 2578.68 | 2656.04 | 2735.72 | 2845.15 | 2958.96 |
| Asst. Cook/Utility | 2578.68 | 2656.04 | 2735.72 | 2845.15 | 2958.96 |
| Steward Assistant | 2027.35 | 2088.17 | 2150.82 | 2236.85 | 2326.32 |

On freighters when passengers are carried, the Third Cook will be re-rated as Second and will be paid wages in accordance with the agreement.

**SECTION 2. MINIMUM OVERTIME.** At sea, when any member of the Steward Department is called out to work between the hours of 7:30 p.m. and 5:30 a.m., a minimum of two (2) hours overtime shall be paid.

**SECTION 3. HOURS OF WORK.** (a) No member of the Steward Department shall be required to work in excess of eight (8) hours in any one (1) day without the payment of overtime.

(b) Any work required to be performed outside his regular hours, or on Saturdays, Sundays and Holidays, shall be paid for at the applicable overtime rate.

(c) By mutual agreement between the Union and the Company, the "Three Man Guide" shall be utilized aboard those vessels with three (3) persons in the department.

**SECTION 4. WORKING HOURS.**

| | |
|---|---|
| Steward | -eight (8) hours between 6:30 a.m. and 6:30 p.m. |
| Chief Cook | -eight (8) hours between 6:30 a.m. and 6:30 p.m. |
| Cook and Baker | -eight (8) hours between 6:00 a.m. and 6:00 p.m. |
| Second Cook | -7:00 a.m. to 1:00 p.m. - 4:00 p.m. to 6:00 p.m. |
| Third Cook | -7:00 a.m. to 1:00 p.m. - 4:00 p.m. to 6:00 p.m. |
| Messman | -6:30 a.m. to 9:30 a.m. - 10:30 a.m.to 1:00 p.m. - 4:00 p.m. to 6:30 p.m. |
| Stwd.Utilityman | -7:00 a.m. to 1:00 p.m. - 4:00 p.m. to 6:00 p.m. |
| Galley Utility | -6:30 a.m. to 10:00 a.m. - 11:00 a.m. to 1:00 p.m. - 4:00 p.m. to 6:30 p.m. |

**SECTION 5. VESSELS USING PORTION CONTROL PROVISIONS.**
(a) Hours of Duties.
1. Except as otherwise specified, the Chief Steward, Steward/Baker or Steward/Cook shall assign the duties of each and every member in the Steward Department and shall work with and assist the Chief Cook in the preparation and serving of all meals and maintenance and cleanliness of the galley. All Steward Department personnel excluding the Chief Steward, Steward/Baker or Steward/Cook shall work between the hours of 6:30 a.m. and 6:30 p.m.
2. When a Steward/Baker is carried, his spread of hours shall be eight (8) hours between 6:00 a.m. and 6:30 p.m.

| | | | | | |
|---|---|---|---|---|---|
| Class 3 | 20.83 | 21.45 | 22.10 | 22.98 | 23.90 |
| Class 4 | 18.79 | 19.35 | 19.93 | 20.73 | 21.56 |
| Plumber Machinist | 22.35 | 23.02 | 23.71 | 24.66 | 25.64 |
| Unlicensed Jr. Engr. (Day) | 21.33 | 21.97 | 22.63 | 23.53 | 24.47 |
| Unlicensed Jr. Engr.(Watch) | 19.23 | 19.80 | 20.40 | 21.21 | 22.06 |
| Deck Engineer | 21.65 | 22.30 | 22.97 | 23.89 | 24.85 |
| Engine Utility | 21.00 | 21.63 | 22.28 | 23.17 | 24.10 |
| Evaporator/Mtce. | 17.92 | 18.46 | 19.01 | 19.77 | 20.56 |
| Oiler | 16.90 | 17.41 | 17.93 | 18.65 | 19.39 |
| Oiler (disel) | 18.19 | 18.73 | 19.29 | 20.07 | 20.87 |
| Watertender | 16.90 | 17.41 | 17.93 | 18.65 | 19.39 |
| Fireman/Watertender | 16.90 | 17.41 | 17.93 | 18.65 | 19.39 |
| Fireman | 15.01 | 15.46 | 15.93 | 16.57 | 17.23 |
| Wiper | 15.72 | 16.19 | 16.68 | 17.34 | 18.04 |
| Ship's Welder Mtce. | 20.70 | 21.32 | 21.96 | 22.83 | 23.75 |
| Oiler/Mtce. Utlity | 18.86 | 19.43 | 20.01 | 20.81 | 21.64 |
| Gen. Utility/Deck Eng. | 15.84 | 16.32 | 16.81 | 17.48 | 18.18 |
| General Vessels Assistant | 15.84 | 16.32 | 16.81 | 17.48 | 18.18 |
| **Steward Department** | Effect. 7/1/06 | Effect. 7/1/07 | Effect. 7/1/08 | Effect. 7/1/09 | Effect. 7/1/10 |
| Chief Steward | 25.37 | 26.13 | 26.91 | 27.99 | 29.11 |
| Steward/Cook | 25.37 | 26.13 | 26.91 | 27.99 | 29.11 |
| Steward/Baker | 25.37 | 26.13 | 26.91 | 27.99 | 29.11 |
| Chief Cook | 21.06 | 21.69 | 22.35 | 23.24 | 24.17 |
| Cook & Baker | 19.05 | 19.63 | 20.21 | 21.02 | 21.86 |
| Second Cook | 16.56 | 17.06 | 17.57 | 18.28 | 19.01 |
| Third Cook | 16.56 | 17.06 | 17.57 | 18.28 | 19.01 |
| Asst. Cook/Utility | 16.56 | 17.06 | 17.57 | 18.28 | 19.01 |
| Steward Assistant | 13.55 | 13.95 | 14.37 | 14.95 | 15.54 |

Except as otherwise provided, the rates set forth above shall be paid for all work in excess of eight (8) hours Monday through Friday and anytime Saturdays, Sundays or Holidays. It is further agreed that the Company shall offer to all Deck and Engine Unlicensed Personnel possessing a Group I Rating, a minimum of eight (8) hours every Saturday, Sunday and Holiday whether at sea or in port.

(b) PENALTY RATES

(b) 1.

| | Effect. 7/1/06 | Effect. 7/1/07 | Effect. 7/1/08 | Effect. 7/1/09 | Effect. 7/1/10 |
|---|---|---|---|---|---|
| **ON WATCH, Monday through Friday** | | | | | |
| Group I | 8.82 | 9.09 | 9.36 | 9.64 | 9.93 |
| Group II | 6.78 | 6.99 | 7.20 | 7.41 | 7.63 |
| Group III | 5.36 | 5.52 | 5.68 | 5.85 | 6.03 |

    3. Cook and Baker          6:00 a.m. to 9:30 a.m.
       (when carried)          11:00 a.m. to 1:00 p.m.
                             4:00 p.m. to 6:30 p.m.

Additional duties of the Cook and Baker shall be to prepare, cook and serve all vegetables for dinner and supper meals, scrub the galley after the supper meal with the assistance of a Steward Assistant, prepare night lunches and cooked salads.

    4. Steward Assistant      6:30 a.m. to 9:30 a.m.
       (Saloon)               10:30 a.m. to 1:00 p.m.
                             4:00 p.m. to 6:30 p.m.

Prepare salads except cooked, and all cold drinks used by him, draw supplies as needed.

    5. Steward Assistant      6:30 a.m. to 9:30 a.m.
       (Crew)                 10:30 a.m. to 1:00 p.m.
                             4:00 p.m. to 6:30 p.m.

Prepare salads except cooked salads.

    6. Steward Assistant      6:30 a.m. to 9:30 a.m.
       (Utilities)             10:30 a.m. to 1:00 p.m.
                             4:00 p.m. to 6:30 p.m.

On vessels carrying Steward Assistant Utilities, the Chief Steward shall assign their duties.

    7. Assistant Cook/Utility

His routine duties shall be to assist in the galley when required and to perform such other duties as are assigned to him by the Chief Steward. His eight (8) working hours shall be as designated by the Chief Steward between 6:30 a.m. and 6:30 p.m.

### 8. 3- Man Steward Departments

The Steward Baker's normal day shall consist of eight (8) hours, commencing at 0530 hours and terminating at 1830 hours. Three (3) additional hours shall be offered daily to perform such work as may be necessary outside the normal work schedule. The three (3) additional hours are not to be considered as "blanket overtime". The three (3) hours are payable for specific duties performed. Any work to be performed in excess of the three (3) additional hours must be authorized by the ship's master.

Specifically:
1. The Steward Baker will be offered 3 hours of overtime each day. He/She needs to do actual work that the Master concurs needs to be done on OT during these 3 hours or the portion of these 3 hours actually worked.
2. The Steward Baker will be paid for OT actually worked. If a 10 hour day is worked he/she will be paid for the normal 8 hours plus 2 hours of OT.
3. Each instance of OT beyond the 3 hours must be specifically approved in advance by the Master.

### 4- Man Steward Departments

The Steward Baker's normal day shall consist of eight (8) hours, commencing at 0530 hours and terminating at 1830 hours. Two (2) additional hours shall be offered daily to perform such work as may be necessary outside the normal work schedule. The two (2) additional hours are not to be considered as "blanket overtime". The two (2) hours are payable for specific duties performed. Any work to be performed in excess of the two (2) additional hours must be authorized by the ship's master.

Specifically:
1. The Steward Baker will be offered 2 hours of overtime each day. He/She needs to do actual work that the Master concurs needs to be done on OT during these 2 hours or the portion of these 2 hours actually worked.
2. The Steward Baker will be paid for OT actually worked. If a 9 hour day is worked he/she will be paid for the normal 8 hours plus 1 hour of OT.
3. Each instance of OT beyond the 2 hours must be specifically approved in advance by the Master.