1/9/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN PADILLA,

    Plaintiff,

-vs-                                  Case No: 1:07-cv-03638-PKL

MAERSK LINE, LTD.,

    Defendant.
_____/

## INTERROGATORY TO DEFENDANT

NOW COMES Plaintiff, by and through counsel undersigned, and herewith propounds the following Interrogatory to Defendant pursuant to applicable Court Rules, to wit:

1. State the amount of wages paid Plaintiff's replacement man during Plaintiff's period of unfitness for duty, including but not limited to, itemized dates of payment of regular pay, and overtime pay.

**ANSWER:**

                                  O'BRYAN BAUN COHEN KUEBLER

                                  DENNIS M. O'BRYAN (P30545)
                                  Attorney for Plaintiff
                                  401 S. Old Woodward, Ste. 450
                                  Birmingham, MI 48009
                                  (248) 258-6262

DATED: January 7, 2008


EXHIBIT 4