

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR ∆
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*∆
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*∆
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*◦†
DANIEL J. FITZGERALD*†∆
MICHAEL C. ELLIOTT*

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
∆ ALSO ADMITTED IN WASHINGTON, D.C.
◦ ALSO ADMITTED IN LOUISIANA

June 3, 2008

**BY HAND**

OUR REF: 512-07/JJW

The Hon. Peter K. Leisure
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1910
New York, NY 10007

　　　　Re:　Padilla v. Maersk Line, Limited - 07 CIV 3638 (PKL)

Dear Judge Leisure:

　　We represent Defendant Maersk in the referenced matter and write to request an extension of time to respond to Plaintiff's recent motion. The original date for our opposition was June 5, 2008 and no prior requests for an extension have been made to the Court. We have consulted with Plaintiff's counsel who consents to the instant request that opposition be due on or before June 19, 2008.

　　We thank the Court for its attention to this matter.

　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　FREEHILL HOGAN & MAHAR LLP

　　　　　　　　　　　　　　　　　Daniel J. Fitzgerald

cc:　Dennis M. O'Bryan
　　　Plaintiff's Counsel
　　　O'Bryan Baun Cohen Kuebler
　　　**Fax: 248 258 6262**

Reply shall be due 6/26/08

6/04/08
SO ORDERED
USDJ

NYDOCS1/305773.1