# EXHIBIT "1"

Page 85

*Padilla*

[2] because I had just taken stores, which they told
[3] me straighten up this here. He say we are going
[4] to work in the dry storeroom this afternoon. I
[5] said okay.
[6]     **Q:** When you say you just had taken
[7] stores, what do you mean?
[8]     **A:** The stores came in before I got
[9] there. In order words, when you take stores you
[10] haven't got time to put everything away. So
[11] that's where we make our overtime. On our time
[12] off we go work the stores. That's what I was
[13] referring to as perimating overtime. You cannot
[14] work as stores when you are working regular
[15] hours. That's perimating.
[16]     **Q:** Right before you did this job, what
[17] were you doing?
[18]     **A:** We had finished lunch.
[19]     **Q:** So this job happened right after
[20] lunch?
[21]     **A:** After lunch, yes.
[22]     **Q:** And was that the first job that you
[23] were going to do in overtime?
[24]     **A:** Yes, because, you know, I get my
[25] three hours for like cleaning sougeeing,

Page 86

*Padilla*

[2] cleaning the galley, the area. Now the stores
[3] are something different, I get my three hours
[4] just for maintaining of the galley, keeping it
[5] clean, if anything is wrong let the steward
[6] know.
[7]     In other words, say something broke
[8] and I can't tell the chief, hey, chief, I need
[9] this. I have the tell the steward. He is the
[10] head of the department. He is the one that got
[11] to go tell the steward and report it.
[12]     **Q:** Does there come a time of day
[13] normally on the Maersk ARKANSAS where the
[14] steward tells you what overtime job you were
[15] going to be working?
[16]     **A:** Yes.
[17]     **Q:** When does that happen?
[18]     **A:** You could be working, he'll tell
[19] you like say we're working during the working
[20] hours, we working this afternoon after lunch we
[21] are going to go work in the stores. He already
[22] told you what you are going to do for that. If
[23] you tell him no, he can tell you, okay, you
[24] refuse overtime, so in other words, the rest of
[25] the time that you are on the ship, he don't have

Page 87

*Padilla*

[2] to call you for overtime.
[3]     **Q:** So all you have to do is refuse
[4] once?
[5]     **A:** Yes.
[6]     **Q:** And he can refuse to call you out?
[7]     **A:** You can tell the captain, Captain,
[8] I asked him to work overtime, he told me no.
[9] The captain says well, the rest of the trip, no
[10] overtime for him. And that's where you make
[11] your money at, on your overtime.
[12]     **Q:** Have you ever seen a seaman refuse
[13] overtime?
[14]     **A:** Yes. I seen a lot of them because
[15] they want to go ashore.
[16]     **Q:** Have you ever seen a seaman who
[17] refuses overtime to go to ashore not getting any
[18] overtime for the rest of the voyage?
[19]     **A:** Yes, I've seen that. A lot of ABs
[20] in there. All you have to do is tell the guy
[21] one time I don't want overtime. Okay, he'll
[22] tell the captain he don't want overtime. Okay,
[23] we'll get somebody else to work the overtime,
[24] you understand.
[25]     Then once a week you have to turn

Page 88

*Padilla*

[2] in your overtime to the captain, and he gets his
[3] orders from the captain. If the captain tells
[4] him I want you to work the stores, straighten
[5] these up here, so that's our overtime. The
[6] captain, the master, is the one that approves
[7] the overtime.
[8]     **Q:** Is it your understanding that the
[9] steward has to give you overtime?
[10]     **A:** It's not the steward. It's the
[11] captain.
[12]     **Q:** Let me re-ask the question, then:
[13] Is it your understanding that the captain has to
[14] give you overtime?
[15]     **A:** Well, put it this way, if you take
[16] stores and they put them in the middle of a
[17] passageway where people go in and out and you
[18] don't take care of that, somebody is going to
[19] come along, get hurt and then it's going to be
[20] worse for you.
[21]     **Q:** I understand it's a good idea to
[22] have overtime and for a well-run ship you need
[23] over time.
[24]     **A:** Right, to eliminate any accidents
[25] or anything, you clear everything out. You put

Page 89

[1] Padilla
[2] everything in its place where it belongs, you
[3] secure it and everything, because in the middle
[4] of the night in the storm and if you ain't got
[5] your glasses secure, when you come down in the
[6] morning you are going to have honey and
[7] everything all over the place.
[8]    Q: Let me ask you this: Technically,
[9] is it possible for the captain to run the ship
[10] without giving anybody overtime?
[11]    A: No. The captain, he's not going to
[12] come down and put everything away, he's getting
[13] $187 an hour. He's going to tell you I'm giving
[14] you an order, go down there and straighten this
[15] up, get your department to straighten it up.
[16] Like he'll go to the deck department and say I
[17] want this done. The chief mate gives the orders
[18] to the bolson, he gives it to the AB. Like in
[19] the engine room the same thing. Your boss tells
[20] you to do it, you do it.
[21]    Q: By the hierarchy?
[22]    A: Exactly.
[23]    Q: I understand that.
[24] My question is: You are telling me
[25] that the captain will be crazy not to give

Page 90

[1] Padilla
[2] overtime because it would be an unsafe ship; is
[3] that right?
[4]    A: Yes.
[5]    Q: But suppose we had a captain who is
[6] crazy enough to do that, do you have a legal
[7] right to get overtime on the ship? In other
[8] words, if the captain said I want no overtime,
[9] do you have any legal right to go and sue him
[10] for the overtime?
[11]    A: No, no, no. Here is the way it
[12] works: The captain, he wants to cover his butt,
[13] he doesn't want no accidents or anything so he
[14] goes to every department, he'll tell the chief
[15] engineer look, I want this, the chief mate, I
[16] want this, the steward, I want this. He talks
[17] to the head departments.
[18]    My boss is the steward. I have to
[19] do what he tells me. It he tells me go move
[20] this over there, I have to do that, that's my
[21] job, right. Now, he don't tell me go move it,
[22] hey, you don't tell me to go move it, I'm not
[23] going to go on my time off and clean out a
[24] freezer, which when you takes stores, you'll be
[25] surprised, that gets loaded and they put it in

Page 91

[1] Padilla
[2] the wrong places and you have to like when you
[3] are in a freezer you want to know exactly here
[4] is my ground beef, here is my pork, here is my
[5] beef, here is my lamb. You set everything where
[6] you know exactly where it is.
[7]    Q: You want to organize.
[8]    A: Yes. You know exactly where
[9] everything is at so when he comes down to take
[10] inventory of what he needs, all he do is ground
[11] beef, I got so much, pork I got so much.
[12]    He takes an inventory of everything
[13] in its place, which is better than having tomato
[14] cans here and corn over there. You put all the
[15] cans with the cans, all the glasses you put on
[16] the bottom so they don't be flying. But you be
[17] surprised, you know. You cannot do overtime
[18] unless the master approves it. It's in the
[19] contract.
[20]    MR. O'BRYAN: Can I ask you
[21] one question?
[22]    MR. WALSH: Sure.
[23]    MR. O'BRYAN: Is there any
[24] overtime that's automatic that you
[25] do every week, week in and week out,

Page 92

[1] Padilla
[2] like on Saturdays or Sundays or
[3] anything like that?
[4]    THE WITNESS: Yes. You have
[5] in the galley my job. My overtime
[6] is to keep the galley clean. That's
[7] my three hours a day. Today say I
[8] do this, tomorrow I do the grill.
[9]    MR. O'BRYAN: So there is
[10] mandatory and discretionary
[11] overtime?
[12]    THE WITNESS: Exactly. The
[13] Board of Health comes in there and
[14] he walks in the galley and see all
[15] this grease and everything, they are
[16] not going to get on me, they are
[17] going to get on the captain and they
[18] could fine him. The Board of Health
[19] will come in, they will put a
[20] sticker on the ship, ain't going
[21] nowhere. The company is going to be
[22] losing thousands. So he wants
[23] everything clean.
[24]    BY MR. WALSH:
[25]    Q: You agree with your lawyer on the