# EXHIBIT "B"

Case 1:07-cv-03638-PKL   Document 21-10   Filed 06/19/2008   Page 1 of 2

# PARTICULARS OF ENGAGEMENT AND DISCHARGE

Art#312 -- Padilla, John A

NOTICE TO MASTER AND SEAMAN - INFORMATION COMPLETED BELOW WILL BECOME A PART OF THE SEAMAN'S OFFICIAL RECORD MAINTAINED AT U.S. COAST GUARD HEADQUARTERS. PLEASE PRINT NEATLY OR TYPE SO THAT THIS RECORD MAY BE PROPERLY MAINTAINED AND IDENTIFIED. BOTH MASTER AND SEAMAN SHOULD VERIFY THAT THE INFORMATION GIVEN BELOW IS CORRECT BEFORE SIGNING.

## VOYAGE EMPLOYMENT INFORMATION

| Official No. | Name of Ship | Class of Ship | Name of Operator | Voyage Begins Mo / Day / Yr |
|---|---|---|---|---|
| 1164216 | MV Maersk Arkansas | Motor | Maersk Line, Limited | 10 / 01 / 2006 |

Type of Voyage: [X] FOREIGN  [ ] INTERCOASTAL  [ ] COASTWISE  [ ] GREAT LAKES  [ ] OTHER

## SEAMAN'S IDENTIFICATION AND ACCEPTANCE OF EMPLOYMENT

| Social Security Number | ID Number Type | ID Number | Name of Seaman (Last First Mid) | Citizenship |
|---|---|---|---|---|
| 052 36 4639 | [X] Z [ ] S [ ] B | 013198 | Padilla, John A | USA |

| Date of Birth | Place of Birth (if Foreign born but naturalized insert 'NAT' after Country of birth) | Type of Grade/License/Endorsement | License Number |
|---|---|---|---|
| May 19, 1947 | NY | | |

**Seaman Address**
Number and Street: 612 Emerson Ave.
City: Elizabeth   State: NJ   Zip Code: 07208

**Name, Relationship and Address of Next of Kin**
Maria L Padilla (Wife)
612 Emerson Ave.
Elizabeth, NJ 07208

## SEAMAN'S RATE AND WAGE INFORMATION

| Capacity | Wages |
|---|---|
| Chief Cook | $101.73/Day |
| | Allotments 1500.00 |
| | S/M $1480.00 (crossed out) 740 |

ON THIS DATE THE ABOVE NAMED SEAMAN APPEARED BEFORE ME, AND ACKNOWLEDGED THAT HE HAD READ THE AGREEMENT FOR THIS VOYAGE, THAT HE WAS BY ME MADE AWARE OF ITS CONDITIONS, AND UNDERSTOOD THE SAME; AND, THAT WHILE SOBER, HE SIGNED IT VOLUNTARILY FOR THE USES AND PURPOSES THEREIN MENTIONED.

Time At Which To Be On Board: 0001

Signature of Seaman: *John A Padilla*

| Port of Engagement | Date of Engagement Mo / Day / Year | Mo / Day / Year |
|---|---|---|
| SALALAH | 10 / 30 / 2006 | 10 / 30 / 2006 |

Signature of Master: *Kevin G Coulombe*

## VOYAGE DISCHARGE / RELEASE INFORMATION

Reason for Discharge / Release:
[ ] E - End of Voyage   [ ] D - Desertion
[ ] M - Mutual Release   [ ] H - Hospitalization
[ ] F - Failure to Join   [X] O - Other (explain in remarks)

New Capacity (if re-rated during voyage):

| Port | Date (Mo Day Yr) |
|---|---|
| SALALAH | 11 / 06 / 2006 |

Remarks: UNFIT FOR DUTY

Date Re-rated (214 219) Mo Day Yr:

Total Time of Service: 8 Days

| Sign off Port | Date (Mo Day Yr) |
|---|---|
| SALALAH | 11 / 06 / 2006 |

Regular Wages Earned: $1,816.52
Deductions: $726.52
Balance of Wages Paid at Discharge: $1,090.00

Dated This 6TH Day of NOVEMBER 2006

SIGNATURE OF SEAMAN - I, THE UNDERSIGNED SEAMAN, DO HEREBY BY MY SIGNATURE HEREWITH GIVEN IN CONSIDERATION OF SETTLEMENT MADE BEFORE COMPANY REPRESENTATIVE RELEASE THE MASTER AND OWNERS FROM ALL CLAIMS FOR WAGES IN RESPECT OF THIS VOYAGE OR ENGAGEMENT.

Seaman Signature: *John Joseph Padilla*

SIGNATURE OF MASTER - I, THE MASTER, DO ALSO RELEASE THE SEAMAN IDENTIFIED ABOVE FROM ALL CLAIMS, IN CONSIDERATION OF THE RELEASE SIGNED BY HIM.

Master Signature: *Kevin G Coulombe*

## DURATION OF THE ARTICLES OF AGREEMENT EXTENDED BY MUTUAL CONSENT

It is hereby mutually agreed that the duration of the articles of agreement

For Seaman: _____, Rating: _____ is, effective this date: _____, extended for a period not to exceed ____ days.

AGREED SEAMAN                AGREED MASTER