# EXHIBIT "C"

Case 1:07-cv-03638-PKL   Document 21-11   Filed 06/19/2008   Page 1 of 7

Final Payroll Voucher -- Maersk Line, Limited
MV Maersk Arkansas  Voyage 23
Article 312: Padilla, John A (311-Chief Cook)
SS#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, 533 Green Street, Elizabeth, NJ 07202

### Regular Wages (10/30/2006 thru 10/31/2006):

| Code | Description | From Date | To Date | #Days | MthlyRate | DayRate | Total |
|------|-------------|-----------|---------|-------|-----------|---------|-------|
| 01R  | Base Wages  | 10/30/2006 | 10/31/2006 | 2 | 3051.76 | 101.73 | 203.46 |
| Total. . . . . | | | | | | | 203.46 |

### Overtime Wages:

| Description | Total |
|-------------|-------|
| Total Earned in 3.0 Hours . . . . . | 63.18 |

### Adjustments:

| Code | Description | Date | #Units | Rate/Unit | Taxable? | Total |
|------|-------------|------|--------|-----------|----------|-------|
| 21A  | Supplement Wages | 10/30/2006 | 2.000 | 101.730 | Yes | 203.46 |
| Total. . . . . | | | | | | 203.46 |

### Summary and Totals:

| Year-To-Date Totals | Amount | This Voucher (TaxStat=M-0) | Amount |
|---------------------|--------|----------------------------|--------|
| Taxable Gross . . . . . | 20,898.67 | Taxable Gross . . . . . | 470.10 |
| Gross Earnings . . . . . | 20,898.67 | Gross Earnings . . . . . | 470.10 |
| Fed Inc Tax . . . .(Wages of $20,898.67). . . . . | 2,425.92 | Fed Inc Tax . . . .(Wages of $470.10). . . . . | 56.14 |
| Soc Sec Tax. . . .(Wages of $20,898.67). . . . . | 1,295.72 | Soc Sec Tax. . . .(Wages of $470.10). . . . . | 29.15 |
| Medicare Tax. . .(Wages of $20,898.67). . . . . | 303.03 | Medicare Tax. . .(Wages of $470.10). . . . . | 6.81 |
| | | Net Amount Due . . . . . | 378.00 |

### Payment Method:

| | |
|---|---|
| Cash. . . . . | 378.00 |

Date    Seaman's Signature          Master's Signature

Final Payroll Voucher -- Maersk Line, Limited
MV Maersk Arkansas  Voyage 24
Article 312: Padilla, John A (311-Chief Cook)
SS#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, 533 Green Street, Elizabeth, NJ 07202

### Regular Wages (11/01/2006 thru 11/06/2006):

| Code | Description | From Date | To Date | #Days | MthlyRate | DayRate | Total |
|---|---|---|---|---|---|---|---|
| 01R | Base Wages | 11/01/2006 | 11/06/2006 | 6 | 3051.76 | 101.73 | 610.38 |
| | Total | | | | | | 610.38 |

### Overtime Wages:

| Description | Total |
|---|---|
| Total Earned in 34.0 Hours | 716.04 |

### Adjustments:

| Code | Description | Date | #Units | Rate/Unit | Taxable? | Total |
|---|---|---|---|---|---|---|
| 31A | Travel Expense | 11/06/2006 | 1.000 | 20.000 | No | 20.00 |
| | Total | | | | | 20.00 |

### Summary and Totals:

| Year-To-Date Totals | Amount | This Voucher (TaxStat=M-0) | Amount |
|---|---|---|---|
| Taxable Gross | 22,225.09 | Taxable Gross | 1,326.42 |
| Gross Earnings | 22,245.09 | Gross Earnings | 1,346.42 |
| Fed Inc Tax ....(Wages of $22,225.09) | 2,580.87 | Fed Inc Tax ....(Wages of $1,326.42) | 154.95 |
| Soc Sec Tax....(Wages of $22,225.09) | 1,377.96 | Soc Sec Tax....(Wages of $1,326.42) | 82.24 |
| Medicare Tax...(Wages of $22,225.09) | 322.26 | Medicare Tax...(Wages of $1,326.42) | 19.23 |
| | | Net Amount Due | 1,090.00 |

### Payment Method:

| | |
|---|---|
| Cash | 1,090.00 |

Date   Seaman's Signature            Master's Signature

Final Supplemental Voucher -- Maersk Line, Limited
M/V Maersk Arkansas  Voyage 24
Padilla, John A (311-Chief Cook)
SS#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, 533 Green Street, Elizabeth, NJ 07202

Unearned Wages 110706-120406 Maintenance 110706-120406

## Voucher Dates: 11/02/2006 thru 11/30/2006

### Adjustments:

| Code | Description | Date | #Units | Rate/Unit | Taxable? | Total |
|---|---|---|---|---|---|---|
| 20A | Unearned Wages | 11/02/2006 | 28.000 | 101.730 | Yes | 2,848.44 |
| 34A | Maintenance and Cure | 11/02/2006 | 28.000 | 16.000 | No | 448.00 |
| | Total. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | 3,296.44 |

### Summary and Totals:

| Year-To-Date Totals | Amount | This Voucher (TaxStat=M-0) | Amount |
|---|---|---|---|
| Taxable Gross . . . . . . . . . . . . . . . . . . . . . . . . | 25,073.53 | Taxable Gross . . . . . . . . . . . . . . . . . . . . . . . . | 2,848.44 |
| Gross Earnings . . . . . . . . . . . . . . . . . . . . . . . | 25,521.53 | Gross Earnings . . . . . . . . . . . . . . . . . . . . . . . | 3,296.44 |
| Fed Inc Tax . . . .(Wages of $25,073.53). . . . . | 2,791.40 | Fed Inc Tax . . . .(Wages of $2,848.44). . . . . . | 210.53 |
| Soc Sec Tax. . . .(Wages of $25,073.53). . . . . | 1,554.56 | Soc Sec Tax. . . .(Wages of $2,848.44). . . . . . | 176.60 |
| Medicare Tax. . .(Wages of $25,073.53). . . . . | 363.57 | Medicare Tax. . .(Wages of $2,848.44). . . . . . | 41.31 |
| | | Net Amount Due. . . . . . . . . . . . . . . . . . . . . . . | 2,868.00 |

### Payment Method:

Office Check to Employee. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    2,868.00

_____    _____    _____
Date            Seaman's Signature              Master's Signature

Maersk Line, Limited

Final Supplemental Voucher -- Maersk Line, Limited
MV Maersk Arkansas  Voyage 25
Padilla, John A (122-Able Seaman Deck Maintenance)
SS#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, 533 Green Street, Elizabeth, NJ 07202

Unearned Wages from 120506-010907 Maintenance from 120506-010907

## Voucher Dates: 12/01/2006 thru 12/31/2006

### Adjustments:

| Code | Description | Date | #Units | Rate/Unit | Taxable? | Total |
|---|---|---|---|---|---|---|
| 20A | Unearned Wages | 12/31/2006 | 36.000 | 101.730 | Yes | 3,662.28 |
| 34A | Maintenance and Cure | 12/31/2006 | 36.000 | 16.000 | No | 576.00 |
| Total. | | | | | | 4,238.28 |

### Summary and Totals:

| Year-To-Date Totals | Amount | This Voucher (TaxStat=M-0) | Amount |
|---|---|---|---|
| Taxable Gross | 28,735.81 | Taxable Gross | 3,662.28 |
| Gross Earnings | 29,311.81 | Gross Earnings | 4,238.28 |
| Fed Inc Tax . . . .(Wages of $28,735.81) | 3,109.52 | Fed Inc Tax . . . .(Wages of $3,662.28) | 318.12 |
| Soc Sec Tax. . . .(Wages of $28,735.81) | 1,781.62 | Soc Sec Tax. . . .(Wages of $3,662.28) | 227.06 |
| Medicare Tax. . .(Wages of $28,735.81) | 416.67 | Medicare Tax. . .(Wages of $3,662.28) | 53.10 |
| | | Net Amount Due | 3,640.00 |

### Payment Method:

Office Check to Employee. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3,640.00

_____   _____   _____
Date              Seaman's Signature         Master's Signature

---

Maersk Line, Limited

Final Supplemental Voucher -- Maersk Line, Limited
MV Maersk Arkansas  Voyage 26
Padilla, John A (311-Chief Cook)
SS#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, 533 Green Street, Elizabeth, NJ 07202

11007-012307 Unearned Wages and Maintenance

## Voucher Dates: 01/17/2007 thru 01/17/2007

### Adjustments:

| Code | Description | Date | #Units | Rate/Unit | Taxable? | Total |
|---|---|---|---|---|---|---|
| 20A | Unearned Wages | 01/17/2007 | 14.000 | 101.730 | Yes | 1,424.22 |
| 34A | Maintenance and Cure | 01/17/2007 | 14.000 | 16.000 | No | 224.00 |
| | Total | | | | | 1,648.22 |

### Summary and Totals:

| Year-To-Date Totals | Amount | This Voucher (TaxStat=M-0) | Amount |
|---|---|---|---|
| Taxable Gross | 1,424.22 | Taxable Gross | 1,424.22 |
| Gross Earnings | 1,648.22 | Gross Earnings | 1,648.22 |
| Fed Inc Tax....(Wages of $1,424.22) | 382.27 | Fed Inc Tax....(Wages of $1,424.22) | 382.27 |
| Soc Sec Tax...(Wages of $1,424.22) | 88.30 | Soc Sec Tax...(Wages of $1,424.22) | 88.30 |
| Medicare Tax...(Wages of $1,424.22) | 20.65 | Medicare Tax...(Wages of $1,424.22) | 20.65 |
| | | Net Amount Due | 1,157.00 |

### Payment Method:

| Office Check to Employee | 1,157.00 |
|---|---|

_____      _____         _____
Date                 Seaman's Signature                   Master's Signature

Maersk Line, Limited

Final Supplemental Voucher -- Maersk Line, Limited
M/V Maersk Arkansas  Voyage 27
Padilla, John A (311-Chief Cook)
SS#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, 533 Green Street, Elizabeth, NJ 07202

Unearned Wages and Maintenance from 01/24/04-02/26/07

## Voucher Dates: 02/14/2007 thru 02/14/2007

### Adjustments:

| Code | Description | Date | #Units | Rate/Unit | Taxable? | Total |
|---|---|---|---|---|---|---|
| 20A | Unearned Wages | 02/14/2007 | 34.000 | 101.730 | Yes | 3,458.82 |
| 34A | Maintenance and Cure | 02/14/2007 | 34.000 | 16.000 | No | 544.00 |
| | Total. | | | | | 4,002.82 |

### Summary and Totals:

| Year-To-Date Totals | Amount | This Voucher (TaxStat=M-0) | Amount |
|---|---|---|---|
| Taxable Gross | 4,883.04 | Taxable Gross | 3,458.82 |
| Gross Earnings | 5,427.04 | Gross Earnings | 4,002.82 |
| Fed Inc Tax ....(Wages of $4,883.04) | 1,476.49 | Fed Inc Tax ....(Wages of $3,458.82) | 1,094.22 |
| Soc Sec Tax ....(Wages of $4,883.04) | 302.75 | Soc Sec Tax ....(Wages of $3,458.82) | 214.45 |
| Medicare Tax ...(Wages of $4,883.04) | 70.80 | Medicare Tax ...(Wages of $3,458.82) | 50.15 |
| | | Net Amount Due | 2,644.00 |

### Payment Method:

| | |
|---|---|
| Office Check to Employee | 2,644.00 |

_____  _____  _____
Date              Seaman's Signature          Master's Signature

---

Maersk Line, Limited