512-07/JJW
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Defendant
MAERSK LINE LIMITED
80 Pine Street
New York, New York 10005
(212) 425-1900

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
JOHN PADILLA,                                    Case No.: 1:07-cv-03638-PKL

                 Plaintiff,

- against -

MAERSK LINE, LTD. and/or
UNITED STATES,
                 Defendant.
---------------------------------------------------------x

## DEFENDANT'S RESPONSE TO PLAINTIFF'S INTERROGATORY

NOW COMES Defendant, by and through counsel undersigned, and herewith responds to the following Interrogatory:

1.    State the amount of wages paid Plaintiff's replacement man during Plaintiff's period of unfitness for duty, including but not limited to, itemized dates of payment of regular pay, and overtime pay.

**Response:**   See wages of Mr. Jose Manandic which are attached hereto as Exhibit "A".

                                  FREEHILL HOGAN & MAHAR, LLP
                                  Attorneys for Defendant Maersk Line, Ltd.

BY:        _____
                                  John J. Walsh (JW 9349)
                                  Daniel J. Fitzgerald (DF 6313)
                                  80 Pine Street
                                  New York, New York 10005
                                  (212) 425-1900

NYDOCS1/306943.1

EXHIBIT A

TO:   Dennis M. O'Bryan, Esq.
      Attorney for Plaintiff John Padilla
      401 S. Old Woodward
      Suite 450
      Birmingham, MI 48009
      (248) 258-6262

**Final Payroll Voucher -- Maersk Line, Limited**
**MV Maersk Arkansas Voyage 24**
**Article 310: Manandic, Jose F (311-Chief Cook)**
SS#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, 123 E 15th Street, New York, NY 10003 USA

### Regular Wages (11/13/2006 thru 11/30/2006):

| Code | Description | From Date | To Date | #Days | MthlyRate | DayRate | Total |
|---|---|---|---|---|---|---|---|
| 01R | Base Wages | 11/13/2006 | 11/30/2006 | 18 | 3051.76 | 101.73 | 1,831.14 |
| | Total............................................................................ | | | | | | 1,831.14 |

### Overtime Wages:

| Description | Total |
|---|---|
| Total Earned in 109.0 Hours ................................................... | 2,295.54 |

### Adjustments:

| Code | Description | Date | #Units | Rate/Unit | Taxable? | Total |
|---|---|---|---|---|---|---|
| 15A | Travel Allowance | 11/13/2006 | 2.000 | 101.730 | Yes | 203.46 |
| | Total................................................................... | | | | | 203.46 |

### Deductions:

| Code | Description | Date | #Units | Rate/Unit | Total |
|---|---|---|---|---|---|
| 52D | Slop Chest | 11/26/2006 | 1.000 | 6.000 | 6.00 |
| | Total..................................................................... | | | | 6.00 |

### Summary and Totals:

| Year-To-Date Totals | Amount | This Voucher (TaxStat=S-1) | Amount |
|---|---|---|---|
| Taxable Gross........................ | 4,330.14 | Taxable Gross........................ | 4,330.14 |
| Gross Earnings....................... | 4,330.14 | Gross Earnings....................... | 4,330.14 |
| Fed Inc Tax....(Wages of $4,330.14)...... | 749.88 | Fed Inc Tax....(Wages of $4,330.14)...... | 749.88 |
| Soc Sec Tax...(Wages of $4,330.14)...... | 268.47 | Soc Sec Tax...(Wages of $4,330.14)...... | 268.47 |
| Medicare Tax...(Wages of $4,330.14)...... | 62.79 | Medicare Tax...(Wages of $4,330.14)...... | 62.79 |
| | | Deductions.......................... | 6.00 |
| | | Net Amount Due..................... | 3,243.00 |

### Payment Method:

| | |
|---|---|
| Cash........................................................................... | 500.00 |
| Office Check to Manandic,Jose F (ACHS)...................................... | 2,743.00 |

Date    Seaman's Signature                    Master's Signature

EXHIBIT A

## Final Payroll Voucher -- Maersk Line, Limited
## MV Maersk Arkansas Voyage 25
## Article 310: Manandic, Jose F (311-Chief Cook)
SS#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, 123 E 15th Street, New York, NY 10003 USA

### Regular Wages (12/01/2006 thru 12/31/2006):

| Code | Description | From Date | To Date | #Days | MthlyRate | DayRate | Total |
|---|---|---|---|---|---|---|---|
| 01R | Base Wages | 12/01/2006 | 12/31/2006 | 31 | 3051.76 | 101.73 | 3,153.63 |
| | Total. . . . . | | | | | | 3,153.63 |

### Overtime Wages:

| Description | Total |
|---|---|
| Total Earned in 221.0 Hours . . . . . . | 4,654.26 |

### Adjustments:

| Code | Description | Date | #Units | Rate/Unit | Taxable? | Total |
|---|---|---|---|---|---|---|
| 25 | Passenger Meal Compensation | 12/05/2006 | 1.000 | 40.000 | Yes | 40.00 |
| | Total. . . . . | | | | | 40.00 |

### Deductions:

| Code | Description | Date | #Units | Rate/Unit | Total |
|---|---|---|---|---|---|
| 52D | Slop Chest | 12/17/2006 | 1.000 | 30.000 | 30.00 |
| 52D | Slop Chest | 12/26/2006 | 1.000 | 21.000 | 21.00 |
| | Total. . . . . | | | | 51.00 |

### Summary and Totals:

| Year-To-Date Totals | Amount | This Voucher (TaxStat=S-1) | Amount |
|---|---|---|---|
| Taxable Gross. . . . . . . | 12,178.03 | Taxable Gross. . . . . . . | 7,847.89 |
| Gross Earnings. . . . . . . | 12,178.03 | Gross Earnings. . . . . . . | 7,847.89 |
| Fed Inc Tax . . . .(Wages of $12,178.03). . . . . | 2,138.41 | Fed Inc Tax . . . .(Wages of $7,847.89). . . . . | 1,388.53 |
| Soc Sec Tax. . . .(Wages of $12,178.03). . . . . | 755.04 | Soc Sec Tax. . . .(Wages of $7,847.89). . . . . | 486.57 |
| Medicare Tax. . .(Wages of $12,178.03). . . . . | 176.58 | Medicare Tax. . .(Wages of $7,847.89). . . . . | 113.79 |
| | | Allotments . . . . . . . | 1,500.00 |
| | | Advances. . . . . . . | 500.00 |
| | | Deductions. . . . . . . | 51.00 |
| | | Net Amount Due. . . . . . . | 3,808.00 |

### Payment Method:

| | |
|---|---|
| Cash. . . . . | 600.00 |
| Office Check to Manandic, Jose F (ACHS). . . . . | 3,208.00 |

---

Date      Seaman's Signature      Master's Signature

**Final Payroll Voucher -- Maersk Line, Limited**
**MV Maersk Arkansas  Voyage 26**
**Article 310: Manandic, Jose F (311-Chief Cook)**
SS#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, 123 E 15th Street, New York, NY 10003 USA

### Regular Wages (01/01/2007 thru 01/31/2007):

| Code | Description | From Date | To Date | #Days | MthlyRate | DayRate | Total |
|---|---|---|---|---|---|---|---|
| 01R | Base Wages | 01/01/2007 | 01/31/2007 | 31 | 3051.76 | 101.73 | 3,153.63 |
| | Total | | | | | | 3,153.63 |

### Overtime Wages:

| Description | Total |
|---|---|
| Total Earned in 221.0 Hours | 4,654.26 |

### Deductions:

| Code | Description | Date | #Units | Rate/Unit | Total |
|---|---|---|---|---|---|
| 52D | Slop Chest | 01/06/2007 | 1.000 | 8.000 | 8.00 |
| 52D | Slop Chest | 01/17/2007 | 1.000 | 5.000 | 5.00 |
| 52D | Slop Chest | 01/24/2007 | 1.000 | 5.000 | 5.00 |
| | Total | | | | 18.00 |

### Summary and Totals:

| Year-To-Date Totals | Amount | This Voucher (TaxStat=S-1) | Amount |
|---|---|---|---|
| Taxable Gross | 7,807.89 | Taxable Gross | 7,807.89 |
| Gross Earnings | 7,807.89 | Gross Earnings | 7,807.89 |
| Fed Inc Tax....(Wages of $7,807.89) | 1,359.59 | Fed Inc Tax....(Wages of $7,807.89) | 1,359.59 |
| Soc Sec Tax...(Wages of $7,807.89) | 484.09 | Soc Sec Tax...(Wages of $7,807.89) | 484.09 |
| Medicare Tax...(Wages of $7,807.89) | 113.21 | Medicare Tax...(Wages of $7,807.89) | 113.21 |
| | | Allotments | 1,500.00 |
| | | Deductions | 18.00 |
| | | Net Amount Due | 4,333.00 |

### Payment Method:

| | |
|---|---|
| Office Check to Manandic, Jose F (ACHS) | 4,333.00 |

_____   _____      _____
Date          Seaman's Signature                Master's Signature

Maersk Line, Limited

**Final Payroll Voucher -- Maersk Line, Limited**
**MV Maersk Arkansas Voyage 27**
**Article 310: Manandic, Jose F (311-Chief Cook)**
SS#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, 123 E 15th Street, New York, NY 10003 USA

### Regular Wages (02/01/2007 thru 02/28/2007):

| Code | Description | From Date | To Date | #Days | MthlyRate | DayRate | Total |
|---|---|---|---|---|---|---|---|
| 01R | Base Wages | 02/01/2007 | 02/28/2007 | 28 | 3051.76 | 101.73 | 2,848.44 |
| | Total. | | | | | | 2,848.44 |

### Overtime Wages:

| Description | Total |
|---|---|
| Total Earned in 167.0 Hours | 3,499.46 |

### Deductions:

| Code | Description | Date | #Units | Rate/Unit | Total |
|---|---|---|---|---|---|
| 52D | Slop Chest | 02/15/2007 | 1.000 | 16.000 | 16.00 |
| 52D | Slop Chest | 02/26/2007 | 1.000 | 5.000 | 5.00 |
| | Total. | | | | 21.00 |

### Summary and Totals:

| Year-To-Date Totals | Amount | This Voucher (TaxStat=S-1) | Amount |
|---|---|---|---|
| Taxable Gross | 14,155.79 | Taxable Gross | 6,347.90 |
| Gross Earnings | 14,155.79 | Gross Earnings | 6,347.90 |
| Fed Inc Tax....(Wages of $14,155.79) | 2,411.87 | Fed Inc Tax....(Wages of $6,347.90) | 1,052.28 |
| Soc Sec Tax....(Wages of $14,155.79) | 877.66 | Soc Sec Tax....(Wages of $6,347.90) | 393.57 |
| Medicare Tax...(Wages of $14,155.79) | 205.26 | Medicare Tax...(Wages of $6,347.90) | 92.05 |
| | | Allotments | 1,500.00 |
| | | Advances | 1,000.00 |
| | | Deductions | 21.00 |
| | | Net Amount Due | 2,289.00 |

### Payment Method:

| | |
|---|---|
| Office Check to Manandic, Jose F (ACHS). | 2,289.00 |

Date    Seaman's Signature          Master's Signature

Maersk Line, Limited