

**DENNIS M. O'BRYAN**

March 29, 2010

VIA FAX

Honorable Magistrate Judge Theodore H. Katz
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 17D
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 3/30/10

Re:   John Padilla v Maersk Line Limited
      Case No: 1:07-cv-3638

Dear Judge Katz:

The parties suggest the following with regard to the class certification motion:

~~June 23~~ May 3, 2010 for Defendant to produce the files of potential class members who have signed releases;

~~July 23~~ (June 30), 2010 as deadline for filing motion for class certification;

~~August 23~~ (July 30), 2010 for Defendant's response to motion for class certification;

~~September 22~~ August 16, 2010 for Plaintiff's reply to Defendant's response to motion for class certification.

**SO ORDERED**
3/30/10
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

Very truly yours,

Dennis M. O'Bryan

DMO/mdw
cc:   John Walsh, Esq. (via fax)
      Judge Peter K. Leisure (via first class mail)

O'Bryan Law Center, P.C.
401 S. Old Woodward, Suite 450, Birmingham, MI 48009
(O) 248-258-6262 • (E) dob@obryanlaw.net • (F) 248-258-6047
Client Line 1-800-627-9267